IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PHYLLIS HILL**   **PLAINTIFF**

**v.**   **CASE NO. 4:16-CV-00872 BSM**

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE